**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHAEL BLAKE BOURNE** | § | |
| **TDCJ NO. 1567258,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:16-CV-515** |
| | § | |
| **LT. GUNNELS,** *et al.,* | § | |
| *Defendant.* | § | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO:   JIMMY SMITH, SENIOR WARDEN, TDCJ JAMES V. ALLRED UNIT,**
**2101 FM 369 NORTH, IOWA PARK, TX 76367.**

**TO:   UNITED STATES MARSHAL, SOUTHERN DISTRICT OF TEXAS, OR**
**ANY OTHER AUTHORIZED UNITED STATES MARSHAL.**

**GREETINGS:**

You are hereby commanded to deliver the Plaintiff, *Michael Blake Bourne (TDCJ # 01567258),* a prisoner who is currently confined in the Texas Department of Criminal Justice, Institutional Division, at the James V. Allred Unit, 2101 FM 369, Iowa Park, TX 76367, under safe and secure conduct into the custody of the United States Marshal for the Southern District of Texas, at the United States Courthouse, 515 Rusk Street, Room 9535, Houston, TX 77002, on **Monday, August 22, 2022 at 12:00 p.m. and on additional days** for the purpose of having the witness available for trial to testify and as warranted by the continuing nature of proceedings before the Honorable Sim Lake, United States District Judge for the Southern District of Texas. The witness will remain in the custody of the Texas Department of Criminal Justice or the United States Marshal until the conclusion of said testimony at trial at which time *Michael Blake Bourne, TDCJ # 01567258,* will be

returned to your custody under safe and secure conduct, unless otherwise ordered by the
court at the conclusion of trial and have you then and there this Writ.

The Clerk of the Court is directed to forward a **.pdf** formatted copy of this Order
by email to the Court Coordinator of TDCJ at:  courtorders@tdcj.texas.gov   A paper copy
need not be mailed to TDCJ unless requested.

WITNESS the Honorable Sim Lake, United States District Judge for the Southern District
of Texas, and the Seal of said Court at the City of Houston, Texas, on this the 15th day of
_AUGUST_, 2022.

HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE