IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL BLAKE BOURNE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-0515 |
| | § | |
| LT. GUNNELS, et al., | § | |
| | § | |
| Defendants. | § | |

**VERDICT**

**Jury Question No. 1**

Do you find that Plaintiff Bourne proved, by preponderance of the evidence, that on November 21, 2014, Defendant Michael Gunnels, Anthony Howard, Roland Weaver, Ernest Price, Tajudeen Ajisefini, or Robert LeBlanc applied force to Plaintiff maliciously and sadistically for the very purpose of causing harm, rather than as a result of a good-faith effort to maintain or restore discipline?

Answer "Yes" or "No" for each Defendant.

| | | |
|---|---|---|
| Gunnels: | Yes _____ | No ✓ |
| Howard: | Yes _____ | No ✓ |
| Weaver: | Yes _____ | No ✓ |
| Price: | Yes _____ | No ✓ |
| Ajisefini: | Yes _____ | No ✓ |
| LeBlanc: | Yes _____ | No ✓ |

If you answered "Yes" as to any Defendant, proceed to Question No. 2 for that Defendant. If you answered "No" to any Defendant do not answer any remaining questions for that Defendant.

If you answered "No" as to all Defendants, you have completed your work and may sign the Verdict.

### Jury Question No. 2

Do you find that Plaintiff Bourne proved, by preponderance of the evidence, that Defendant Michael Gunnels, Anthony Howard, Roland Weaver, Ernest Price, Tajudeen Ajisefini, or Robert LeBlanc's actions were objectively unreasonable in light of the facts and circumstances at the time, so as to overcome that Defendant's qualified immunity?

Answer "Yes" or "No" for each Defendant.

| | | |
|---|---|---|
| Gunnels: | Yes _____ | No _____ |
| Howard: | Yes _____ | No _____ |
| Weaver: | Yes _____ | No _____ |
| Price: | Yes _____ | No _____ |
| Ajisefini: | Yes _____ | No _____ |
| LeBlanc: | Yes _____ | No _____ |

If you answered "Yes" to any Defendant proceed to Question No. No. 3 for that Defendant. If you answered "No," do not answer the remaining questions for that Defendant.

If you answered "No" as to all Defendants, you have completed your work and may sign the Verdict.

### Jury Question No. 3

What amount of money, if any, paid now in cash, do you find that the Plaintiff Bourne proved by a preponderance of the evidence would reasonably compensate him for actual damages caused by the Defendant's actions in violation of Plaintiff's constitutional rights?

Answer in dollar and cents, if any, or "None."

| | |
|---|---|
| Gunnels: | $_____ |
| Howard: | $_____ |
| Weaver: | $_____ |
| Price: | $_____ |
| Ajisefini: | $_____ |
| LeBlanc: | $_____ |

If you answered "Yes" as to any Defendant in Question No. 2 and awarded damages against that Defendant in Question No. 3, answer Question No. 4 for that Defendant; otherwise do not answer Question No. 4.

### Jury Question No. 4 – Punitive Damages

Do you find that Plaintiff Michael Bourne should be awarded punitive damages?

Answer "Yes" or "No" for each Defendant.

| | | |
|---|---|---|
| Gunnels: | Yes _____ | No _____ |
| Howard: | Yes _____ | No _____ |
| Weaver: | Yes _____ | No _____ |

    Price:    Yes \_\_\_\_\_ No \_\_\_\_\_

    Ajisefini:   Yes \_\_\_\_\_ No \_\_\_\_\_

    LeBlanc:   Yes \_\_\_\_\_ No \_\_\_\_\_

If you answered "Yes" to Question No. 4 as to any Defendant, then answer Question No. 5 as to that Defendant.

If you answered "No" as to all Defendants, you have completed your work and may sign the Verdict.

### Jury Question No. 5 – Punitive Damages

As to each Defendant for whom you answered "Yes" in Question No. 4, what sum of money should be assessed as punitive damages?

Answer in dollars and cents for each such Defendant.

    Gunnels:   $_____

    Howard:   $_____

    Weaver:   $_____

    Price:    $_____

    Ajisefini:   $_____

    LeBlanc:   $_____

\_\_\_\_8/24/22_____    [REDACTED] /Foreperson
Date