United States District Court
Southern District of Texas

**ENTERED**

August 24, 2022

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN  DISTRICT OF TEXAS

HOUSTON  DIVISION

| | | |
|---|---|---|
| MICHAEL BOURNE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H–16-0515 |
| | § | |
| MICHAEL GUNNELS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## O R D E R

It is **ORDERED** that the Parties **SHALL** withdraw their admitted exhibits and offers of

proof from the Clerk and **SHALL** maintain them for purposes of appeal.

Further, within 7 business days of such withdrawal, the Parties **SHALL** file electronic

copies of their admitted exhibits and offers of proof on the CM-ECF/PACER system of this Court.

Any objections to the electronic copies must be made, in writing and with a certificate of

conference that complies with the Local Rules for the Southern District of Texas, within 48 hours

of the copies being filed.

The Clerk will enter this Order and notify all parties.

**SIGNED** at Houston, Texas, on the 24th of August, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE