United States District Court
Southern District of Texas
**ENTERED**
August 24, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL BLAKE BOURNE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| LIEUTENANT MICHAEL GUNNELS; | § | CIVIL ACTION NO. H-16-0515 |
| SERGEANT ANTHONY R. HOWARD, JR.; | § | |
| OFFICER ROLAND C. WEAVER; | § | |
| OFFICER ERNEST PRICE; | § | |
| OFFICER TAJUDEEN AJISEFINI; | § | |
| and OFFICER ROBERT LEBLANC, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the unanimous verdict of the jury, the court **ADJUDGES** that plaintiff, Michael Blake Bourne, take nothing from defendants, Michael Gunnels, Anthony R. Howard, Jr., Roland C. Weaver, Ernest Price, Tajudeen Ajisefini, and Robert LeBlanc; and that this action be **DISMISSED WITH PREJUDICE**.

Each party is responsible for his own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 24th day of August, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE