◯AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Texas__

Michael Bourne

V.

Lt. Michael Gunnels, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 4:16-CV-515

| PRESIDING JUDGE<br>The Honorable Sam Lake | PLAINTIFF'S ATTORNEY<br>Michael Bourne (pro se) | DEFENDANT'S ATTORNEY<br>Jessica Weltge |
|---|---|---|
| TRIAL DATE (S)<br>August 22, 2022 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 8/22/22 |  | 8/22/22 | Bourne's Relevant TDCJ Disciplinary Records (Bates Bourne 618-627) |
|  | 5 | 8/24/22 |  | 8/24/22 | TDCJ Use of Force Videos (2) |
|  | 6 | 8/22/22 |  | 8/22/22 | Relevant Portions of the TDCJ Use of Force Plan (Bates Bourne 167501744) |
|  | 7 | 8/23/22 |  | 8/23/22 | Photographs of High Security H-Wing, 1 Row, 113 Cell |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages